WILMERHALE

December 10, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-11-15

Lori A. Martin

+1 212 295 6412 (t)
+1 212 230 8888 (f)
lori.martin@wilmerhale.com

**VIA ECF**

RECEIVED
DEC 10 2
JUDGE SWEET CHAMBERS

The Honorable Robert W. Sweet
United States District Court
   for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE:   *Richards-Donald, et al. v. Teachers Insurance and Annuity Assoc. of America, et al.*
      Civil Action No. 15-cv-08040 (RWS)
      Letter-Motion for Extension of Time to Respond to the Complaint

To the Honorable Robert W. Sweet,

In accordance with Rule 1.E of this Court's Individual Practices, Defendants Teachers Insurance and Annuity Association of America, TIAA Plan Investment Review Committee and Otha Spriggs respectfully submit this letter-motion requesting a 38-day extension of time for Defendants to answer, move, or otherwise respond to Plaintiffs' Complaint, from December 22, 2015 through and including January 29, 2016. Defendants have conferred with counsel for Plaintiffs, who consent to this request.

Defendants' waivers of service were filed on November 12, 2015. Under Fed. R. Civ. P. 12(a), the current deadline to respond to the Complaint is December 22, 2015. Defendants seek 38 days from this current deadline, to January 29, 2016, because counsel was retained on December 3, 2016 and would like to assess the factual allegations and legal claims prior to responding. There have been no previous requests to extend the time to respond to the Complaint. The Court has not scheduled an initial pretrial conference in this matter.

We are, of course, available to discuss this or any other matters.

Respectfully submitted,

/s/ Lori A. Martin
Lori A. Martin
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

So ordered.
[signature] Sweet USDJ
12-11-15

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Washington

WILMERHALE

December 10, 2015
Page 2

Tel: (212) 230-8800
Fax: (212) 230-8888
Email: Lori.Martin@wilmerhale.com

*Attorneys for Defendants Teachers Insurance
and Annuity Association of America, TIAA Plan
Investment Review Committee and Otha Spriggs*

cc:  Counsel of Record (via ECF)