1054 31st Street, NW    **Gregory Y. Porter**
　　　　　　　　　　　　 Suite 230              gporter@baileyglasser.com
　　　　　　　　　　　　 Washington, DC  20007
　　　　　　　　　　　　 Tel: 202.463.2101
　　　　　　　　　　　　 Fax: 202.463.2103

December 17, 2015

**Via ECF**

The Honorable Robert W. Sweet
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007-1312

**Re: *Richards-Donald, et al. v. Teachers Ins. & Annuity Ass'n of Am., et al.*,**
　　　**Case No. 15-cv-08040-RWS (S.D.N.Y., complaint filed Oct. 13, 2015)**
　　　**Plaintiffs' Response to Defendants' Reassignment Request Letter (Dkt. 11)**

To the Honorable Robert W. Sweet:

This letter is respectfully submitted on behalf of Plaintiffs Cynthia Richards-Donald and Michelle DePrima in response to a letter request by the Defendants which seeks reassignment of the above-referenced action (the "*Richards-Donald* Action") to Judge Castel, to whom *Malone, et al. v. Teachers Ins. & Annuity Ass'n of Am.*, No. 15-cv-08038 (S.D.N.Y., complaint filed Oct. 13, 2015) (the "*Malone* Action"), has been assigned.  This Firm represents the plaintiffs in both the *Richards-Donald* Action and the *Malone* Action.

Plaintiffs Richards-Donald and DePrima do not oppose Defendants' reassignment request, or characterization of the two actions as "related" under Local Rule 13(a)(1).  Plaintiffs would be pleased to provide any additional information that the Court may request concerning this matter.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　　　　Gregory Y. Porter