UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYNTHIA RICHARDS-DONALD and MICHELLE DEPRIMA, individually and on behalf of a class of all other persons similarly situated, and on behalf of the Teachers Insurance and Annuity Association of America Code Section 401(k) Plan and the Teachers Insurance and Annuity Association of America Retirement Plan,<br><br>     Plaintiffs,<br><br> v.<br><br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA; TIAA PLAN INVESTMENT REVIEW COMMITTEE; OTHA "SKIP" SPRIGGS; and JANE AND JOHN DOES 1-25,<br><br>     Defendants. | Civ. A. No. 15-cv-08040-PKC |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Teachers Insurance and Annuity Association of America ("TIAA"), a non-governmental corporate party, hereby certifies that it is a private stock life insurance company wholly owned by the Teachers Insurance and Annuity Association of America Board of Overseers, and no publicly held corporation owns 10% or more of the stock of TIAA.

Dated: January 11, 2016

    Respectfully submitted,

    *Teachers Insurance and Annuity Association of America*

    By,

    /s/ Lori A. Martin_____
    Lori A. Martin
    Wilmer Cutler Pickering Hale and Dorr LLP

>7 World Trade Center
>250 Greenwich Street
>New York, NY 10007
>(212) 230-8800
>Lori.Martin@wilmerhale.com