**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 1-21-16

# GOODWIN | PROCTER

James O. Fleckner
617.570.1153
Jfleckner@goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018
T. 212 813.8800
F 212 355 3333

## MEMO ENDORSED

Conference Adjourned
From: Feb. 17, 2016
To: Feb. 25, 2016 at 10:30 a.m.
SO ORDERED:
P. KEVIN CASTEL, U S D.J.
Date: 1-20-16

January 20, 2016

**VIA FAX**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Malone et al. v. Teachers Insurance and Annuity Association of America,**
**No. 1:15-cv-08038 (PKC)** and 15-cv-8040

Dear Judge Castel:

On behalf of defendant Teachers Insurance and Annuity Association of America, the undersigned counsel respectfully requests an adjournment of the initial conference scheduled for February 17, 2016. The undersigned counsel will be unable to attend the conference due to a prior commitment.

Based upon communications with plaintiffs' counsel and the availability of counsel for all parties, the defendant, with the consent of plaintiffs' attorneys, requests that the Court reschedule the conference in this matter for February 25, 2016.

This is the second request to adjourn this conference, the first having been made in connection with defendant's extension of time to respond to the Complaint (ECF No. 12). The instant request to adjourn the pretrial conference by eight days does not affect the currently scheduled date to respond to the Complaint, which remains at January 21, 2016.

Thank you for your time and consideration.

Respectfully Submitted,

/s/ James O. Fleckner

cc: Robert A. Izard (via fax)
Gregory Y. Porter (via fax)
*Attorneys for Plaintiffs*

ACTIVE/84831124.1