UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYNTHIA RICHARDS-DONALD and MICHELLE DEPRIMA, individually and on behalf of a class of all other persons similarly situated, and on behalf of the Teachers Insurance and Annuity Association of America Code Section 401(k) Plan and the Teachers Insurance and Annuity Association of America Retirement Plan,<br><br>Plaintiffs,<br><br>v.<br><br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA; TIAA PLAN INVESTMENT REVIEW COMMITTEE; OTHA "SKIP" SPRIGGS; DERMOT O'BRIEN; PAMELA ATKINS; SUE COLLINS; WILLIAM RIEGEL; JOSH SHAMANSKY; ROBERT WEINMAN; JAYESH BHANSALI; DAVID DUNNE; PHIL GOFF; EDWARD MOSLANDER; PHILLIP ROLLOCK; ELIZABETH GIBSON; HARRY KLARISTENFELD; ANGELA KYLE; and MARTIN SNOW,<br><br>Defendants. | Civ. A. No. 15-cv-08040-PKC<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 10-21-16 |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE
### WITH RESPECT TO THE INDIVIDUAL DEFENDANTS

Plaintiffs Cynthia Richards-Donald and Michelle DePrima ("Plaintiffs"), by

and through their undersigned counsel, hereby dismiss this action without

prejudice pursuant to Fed. R. Civ. P. 41(a)(2) with respect to Defendants Otha

"Skip" Spriggs, Dermot O'Brien, Pamela Atkins, Sue Collins, William Riegel, Josh Shamansky, Robert Weinman, Jayesh Bhansali, David Dunne, Phil Goff, Edward Moslander, Phillip Rollock, Elizabeth Gibson, Harry Klaristenfeld, Angela Kyle, and Martin Snow ("Individual Defendants"), with each party to bear its own fees and costs, pending the final settlement of this action by Plaintiffs and Defendants Teachers Insurance and Annuity Association of America ("TIAA") and the TIAA Plan Investment Review Committee ("Committee").

Individual Defendants and Plaintiffs stipulate and agree that Plaintiffs' claims against Individual Defendants may be reinstated if TIAA, the Committee, and Plaintiffs do not achieve a final settlement of this action. Individual Defendants and Plaintiffs further stipulate and agree that if reinstated, Plaintiffs' claims will be deemed to have been filed for all purposes on October 13, 2015.

Consented and agreed to this 14th day of October, 2016 by:

BAILEY & GLASSER LLP
*Attorneys for Plaintiffs*

/s/ Gregory Y. Porter
Gregory Y. Porter (pro hac vice)
Ryan T. Jenny (pro hac vice)
1054 31st Street, NW, Suite 230
Washington, DC 20007
Tel: (202) 463-2101
Fax: (202) 463-2103
gporter@baileyglasser.com
rjenny@baileyglasser.com

Kevin Barrett
137 Betsy Brown Road
Port Chester, NY 10573
Telephone: (646) 776-8580
kbarrett@baileyglasser.com

Major Khan
MAJOR KHAN LLC
1120 Avenue of the Americas
Suite 4100
New York, NY 10036
Telephone: (646) 546-5664
Facsimile: (646) 546-5755
mk@mk-llc.com

WILMER CUTLER PICKERING HALE and DORR LLP
*Attorneys for Otha "Skip" Spriggs; Dermot O'Brien; Pamela Atkins; Sue Collins; William Riegel; Josh Shamansky; Robert Weinman; Jayesh Bhansali; David Dunne; Phil Goff; Edward Moslander; Phillip Rollock; Elizabeth Gibson; Harry Klaristenfeld; Angela Kyle; and Martin Snow*

/s/ Lori A. Martin
Lori A. Martin
Debo P. Adegbile
Brad E. Konstandt
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
Lori.Martin@wilmerhale.com
Debo.Adegbile@wilmerhale.com
Brad.Konstandt@wilmerhale.com

IT IS SO ORDERED this 21st day of October, 2016.

P. Kevin Castel
United States District Judge

## CERTIFICATE OF SERVICE

I, Gregory Y. Porter, hereby certify that on this 14th day of October 2016, a true and correct copy of the foregoing was served upon all counsel of record by operation of this Court's CM/ECF system.

                                             s/ Gregory Y. Porter
                                             Gregory Y. Porter
                                             BAILEY & GLASSER LLP
                                             1054 31st Street, NW
                                             Suite 230
                                             Washington, DC 20007
                                             Telephone: (202) 463-2101
                                             Facsimile: (202) 463-2103
                                             gporter@baileyglasser.com

                                             *Attorneys for Plaintiffs*