UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYNTHIA RICHARDS-DONALD and MICHELLE DEPRIMA, individually and on behalf of a class of all other persons similarly situated, and on behalf of the Teachers Insurance and Annuity Association of America Code Section 401(k) Plan and the Teachers Insurance and Annuity Association of America Retirement Plan,<br><br>      Plaintiffs,<br><br> v.<br><br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA and TIAA PLAN INVESTMENT REVIEW COMMITTEE,<br><br>      Defendants. | Civ. A. No. 15-cv-08040 (PKC) |

**PLAINTIFFS' UNOPPOSED MOTION FOR
<u>FINAL APPROVAL OF CLASS SETTLEMENT</u>**

Plaintiffs move this Court for final approval of the Class Action Settlement and move the Court to enter the proposed Final Order, a copy of which is attached hereto as Exhibit 1. This motion is supported by Plaintiffs' Memorandum of Law in Support of the Motion for Final Approval of Class Settlement, as well as Plaintiffs' Application for Attorneys' Fees, Reimbursement of Expenses and Named Plaintiff Incentive Awards (Doc. 49), Plaintiffs' Memorandum of Law in Support of the Motion for Preliminary Approval of Class Settlement (Doc. 46), the Declaration of Markham Sherwood of KCC, the settlement administrator (Doc. 51-1), and the Statement of Evercore Trust Company, as the Independent Fiduciary, approving of the settlement (Doc. 52-1), as well as this Court's Order Preliminarily Approving this Class

Settlement (Doc. 48). Defendants do not oppose the Court's entry of the proposed order finally approving the settlement and entering judgment.

Dated: October 6, 2017            Respectfully submitted,

                                             s/ Gregory Y. Porter_____
Gregory Y. Porter, *pro hac vice*
Ryan T. Jenny, *pro hac vice*
Bailey & Glasser LLP
1054 31st Street, NW
Suite 230
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
gporter@baileyglasser.com
rjenny @baileyglasser.com

Kevin Barrett
Bailey & Glasser LLP
137 Betsy Brown Road
Port Chester, NY 10573
Telephone: (646) 776-8580
kbarrett@baileyglasser.com

Major Khan
Major Khan LLC
1120 Avenue of the Americas
Suite 4100
New York, NY 10036
Telephone: (646) 546-5664
Facsimile: (646) 546-5755
mk@mk-llc.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2017, a true and correct copy of the foregoing was served upon all counsel of record by operation of this Court's CM/ECF system.

/s/ Gregory Y. Porter
Gregory Y. Porter
