# WilmerHale

February 5, 2018

Lori A. Martin

+1 212 295 6412 (t)
+1 212 230 8888 (f)
lori.martin@wilmerhale.com

**VIA ECF**

The Honorable P. Kevin Castel
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007-1312

Re:  *Richards-Donald, et al. v. Teachers Insurance and Annuity Association of America, et al.*,
   Case No. 15-cv-08040 (PKC)
   **Letter Apprising the Court That the Action May Be Closed**

To the Honorable P. Kevin Castel:

On October 20, 2017, the Court held a Fairness Hearing in the above-captioned action and issued an order granting final approval of the class action settlement and final judgment.  [Dkt. 55.]  The Court directed the Clerk to enter the Final Judgment forthwith.  [Dkt. 55.]  At the request of the parties, however, the Court instructed the Clerk not to close the action until February 1, 2018, so that Defendants could satisfy certain therapeutic obligations under the settlement agreement (Non-Monetary Relief).  [Dkt. 56 at page 8.]  The action is presently designated as "stayed" on the docket.

**Defendants hereby attest that they have timely implemented all of the remaining Non-Monetary Relief required under the settlement agreement.**  Last month, the mediator in this case (Hon. Daniel H. Weinstein (Ret.)) apprised Class Counsel that Defendants performed the last of their therapeutic obligations, pursuant to paragraph 63 of the settlement agreement.

Accordingly, the action can now be closed.

Respectfully submitted,


/s/ Lori A. Martin_____
Lori A. Martin
Brad E. Konstandt
WILMER CUTLER PICKERING HALE & DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

The Honorable P. Kevin Castel
Case No. 15-cv-08040 (PKC)
February 5, 2018
Page 2

WilmerHale

Facsimile: (212) 230-8888
Lori.Martin@wilmerhale.com
Brad.Konstandt@wilmerhale.com

*Attorneys for Defendants*

cc:   Gregory Y. Porter
      Mark Boyko
      BAILEY & GLASSER LLP
      1054 31st Street, NW, Suite 230
      Washington, DC 20007

      *Attorneys for Plaintiffs*