```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/18
```

**WILMERHALE**

February 5, 2018

Lori A. Martin

**VIA ECF**

+1 212 295 6412 (t)
+1 212 230 8888 (f)
lori.martin@wilmerhale.com

The Honorable P. Kevin Castel
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

MEMO ENDORSED

Re: *Richards-Donald, et al. v. Teachers Insurance and Annuity Association of America, et al.*,
    Case No. 15-cv-08040 (PKC)
    **Letter Apprising the Court That the Action May Be Closed**

To the Honorable P. Kevin Castel:

On October 20, 2017, the Court held a Fairness Hearing in the above-captioned action and issued an order granting final approval of the class action settlement and final judgment. [Dkt. 55.] The Court directed the Clerk to enter the Final Judgment forthwith. [Dkt. 55.] At the request of the parties, however, the Court instructed the Clerk not to close the action until February 1, 2018, so that Defendants could satisfy certain therapeutic obligations under the settlement agreement (Non-Monetary Relief). [Dkt. 56 at page 8.] The action is presently designated as "stayed" on the docket.

**Defendants hereby attest that they have timely implemented all of the remaining Non-Monetary Relief required under the settlement agreement.** Last month, the mediator in this case (Hon. Daniel H. Weinstein (Ret.)) apprised Class Counsel that Defendants performed the last of their therapeutic obligations, pursuant to paragraph 63 of the settlement agreement.

Accordingly, the action can now be closed.

Respectfully submitted,

/s/ Lori A. Martin
Lori A. Martin
Brad E. Konstandt
WILMER CUTLER PICKERING HALE & DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

*The Clerk is directed to close the case. SO ORDERED.*
*[signature] 2-5-18*

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   Washington

The Honorable P. Kevin Castel
Case No. 15-cv-08040 (PKC)
February 5, 2018
Page 2

**WilmerHale**

Facsimile: (212) 230-8888
Lori.Martin@wilmerhale.com
Brad.Konstandt@wilmerhale.com

*Attorneys for Defendants*

cc:     Gregory Y. Porter
        Mark Boyko
        BAILEY & GLASSER LLP
        1054 31st Street, NW, Suite 230
        Washington, DC 20007

        *Attorneys for Plaintiffs*